UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| CHRIS DAVENPORT, an individual, | ) | |
| | ) | 2:10-CV-01609-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BANK OF AMERICA, N.A; BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY, N.A; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, | ) | |
| Defendants. | ) | |

Having read and considered Plaintiff Davenport's fully briefed Motion to Remand (Doc. #13), filed on October 7, 2010, and Request for Extension of Time to File Opposition to Motion to Dismiss (Doc. #14) filed October 7, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Chris Davenport's Motion to Remand (Doc. #13) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiff Chris Davenport's Request for Extension of Time to File Opposition to Motion to Dismiss (Doc. #14) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Davenport shall have to and including **November 10, 2010**, within which to file a written response to Defendant's Motion to Dismiss (Doc. #5).

DATED: October 26, 2010.

_____
PHILIP M. PRO
United States District Judge