UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| CHRIS DAVENPORT, an individual, | ) | |
| Plaintiff, | ) | 2:10-CV-01609-PMP-RJJ |
| vs. | ) | |
| BANK OF AMERICA, N.A; BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY, N.A; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, | ) | **ORDER** |
| Defendants. | ) | |

Before the Court is Plaintiff Davenport's Motion for Stay of Litigation Proceedings Pending Determination on Motion to Remand (Doc. #22), filed on October 28, 2010, however, on October 27, 2010, this Court entered an Order (Doc. #20) denying Plaintiff Davenport's Motion to Remand. As a result, Plaintiff Davenport's Motion to Stay (Doc. #22) is moot.

**IT IS ORDERED that** Plaintiff Davenport's Motion for Stay of Litigation Proceedings Pending Determination on Motion to Remand (Doc. #22) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiff Davenport shall file a Response to Defendant's Motion to Dismiss on or before **November 10, 2010**, consistent with this Court's Order (Doc. #20) entered October 27, 2010.

DATED: November 1, 2010.

_____
PHILIP M. PRO
United States District Judge