## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRIS DAVENPORT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY, N.A.; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC SYSTEMS, INC., subsidiary of MERSCORP, INC., a Delaware corporation, et al.,<br><br>　　　　　　Defendants. | 2:10-CV-01609-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Defendants' fully briefed Motion to Dismiss Plaintiff's Complaint (Doc. #5), filed on September 27, 2010, and for the reasons set forth therein, the Court finds that each of Plaintiff's claims for relief must be dismissed.

**IT IS ORDERED that** Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5) is **GRANTED**.

DATED:  November 19, 2010.

_____
PHILIP M. PRO
United States District Judge