J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DAVENPORT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING LP; RECONTRUST COMPANY, N.A.; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case:  2:10-cv-01609-PMP-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Bank of America, N.A.'s, BAC Home Loan Servicing LP's, ReconTrust Company N.A.'s and Mortgage Electronic Registration Systems Inc.'s and Merscorp, Inc.'s ("Defendants") Motion to Dismiss on November 19, 2010, [DE 27].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Chris Davenport ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about August 27, 2010, in Book No. 20100827 as Instrument No. 0003327 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

444762

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this __22nd day of November, 2010.

By _____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendants

EXHIBIT "A"

# EXHIBIT "A"



APN# _____ 125-33-306-006 _____

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

NOTICE OF PENDENS AFFECTING REAL PROPERTY

Inst #: 201008270003327
Fees: $17.00
N/C Fee: $0.00
08/27/2010 03:21:10 PM
Receipt #: 481250
Requestor:
CHRIS DAVENPORT
Recorded By: JRV  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

CHRIS DAVENPORT

**Return Documents To:**

Name CHRIS DAVENPORT

Address 5016 N. Cimarron Road

City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 - 06/06/2007
Coversheet.pdf

Electronically Filed
08/26/2010 05:27:40 PM

*[signature]*

CLERK OF THE COURT

1  RECORDING REQUESTED BY: Plaintiff: Chris Davenport
2  AND WHEN RECORDED MAIL TO:
3  **LISP**
   Chris Davenport
4  5016 N. Cimarron Rd.
   Las Vegas, NV 89149
5  702-218-1486
   cdltd@lvcm.com
6  PLAINTIFF: *IN PRO PER*

7  SPACE ABOVE THIS LINE FOR RECORDER'S USE
8
9              DISTRICT COURT
10         CLARK COUNTY, NEVADA

11 CHRIS DAVENPORT an individual,
12         Plaintiff(s)                CASE NO.: A-10-623853-C
13         vs.
14 BANK OF AMERICA, N.A.; BAC HOME    DEPARTMENT: X
   LOAN SERVICING,LP;RECONTRUST
15 COMPANY,N.A..; MERSCORP, INC., a
   Virginia Corporation, MORTGAGE
16 ELECTRONIC SYSTEMS, INC. a subsidiary   **NOTICE OF LIS PENDENS**
   of MERSCORP, Inc., a Delaware corporation;
17 AND DOES I individuals 1 to 100, Inclusive;   **AFFECTING REAL PROPERTY**
18 and ROES Corporations 1 to 30, Inclusive; and   NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
   all other persons and entities unknown         SERVICE OF THE PARTY REQUESTING SAME
19 claiming any right, title, estate, lien or interest   WHEN ISSUED AND AGAINST THE OTHER PARTY
                                                       WHEN SERVED, AND SHALL REMAIN IN EFFECT
   in the real property described in the Complaint    FROM THE TIME OF ITS ISSUANCE UNITL TRIAL
20 adverse to Plaintiff's ownership, or any cloud     OR UNTIL DISSOLVED OR MODIFIED BY THE
21 upon Plaintiff's title thereto,                    COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
                                                       PUNISHABLE BY CONTEMPT.
22         Defendants.
23
24
25
26
27
28                                                              Page 1

NOTICE OF PENDANCY OF ACTION

TO: ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

      5016 N. Cimarron Rd.   Las Vegas, NV 89149

And of which the legal description is as follows:

      APN#125-33-306-006

Parcel Map file 22, Page 4, Lot 03, Block XX and by Certificate of record on 2/11/2005 in Book 20050211 as Inst. No. 03047 all in the office of the County Recorder for Clark County, NEVADA.

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Violations of Unfair Lending Practices-NRS 598(D)
2. Deceptive Trade Practices
3. Wrongful Foreclosure
4. Conspiracy To Commit Fraud and Conversion
5. Conspiracy To Commit Fraud Related to MERS System
6. Inspection And Accounting
7. Unjust Enrichment
8. Quiet Title
9. Breach Of Good Faith And Fair Dealing
10. Injunctive Relief
11. Declaratory Relief
12. Rescission

NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this 23 day of August, 2010.

Plaintiff Signature(s):

_Chris Davenport_

Chris Davenport
5016 N. Cimarron Rd.
Las Vegas, NV 89149
702-218-1486
cdltd@lvcm.com
PLAINTIFF: *IN PRO PER*

                    Page 2.

## ACKNOWLEDGEMENT

Subscribed and sworn to before me this 23rd day of August 2010.

Signed: Rebecca Godwin      Seal: 

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

Page 3.